UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. William H. Walls |
| v. | Criminal No. 11-560 (WHW) |
| JIHAD GARRETT | <u>CONTINUANCE ORDER</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant JIHAD GARRETT (Anthony Iacullo, Esq., appearing) and good cause having been shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 5 day of December, 2011,

ORDERED that:

the trial date in this matter is continued until April 23, 2012, and that the period of time from February 16, 2012 through April 23, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before **February 21, 2012**;

2. The Government shall respond to such motions on or before **March 12, 2012**;

3. The return date for pretrial motions shall be **April 10, 2012**; and

4. Trial shall commence on **April 23, 2012** at 10:00 a.m.

_____
HON. WILLIAM H. WALLS
United States District Judge

_____
Anthony Iacullo, Esq.
Attorney for JIHAD GARRETT

Date: 12/1/11

2